UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2026

DAVID MARTIN,

                Petitioner,

     -v-

DANIEL F. MARTUSCELLO III, *ET AL*.

           Respondents.

**ORDER**

25-CV-10825 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Respondents' Memorandum of Law in Opposition to Petition for a Writ of Habeas Corpus, ECF No. 17, and Respondents' Answer, ECF No. 18. Pursuant to the undersigned's order at ECF No. 8, Petitioner may file and serve any reply papers by **July 1, 2026**.

**SO ORDERED.**

Dated: June 2, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge