USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MARTIN,

Petitioner,

-v-

DANIEL F. MARTUSCELLO, *et al.*,

Respondents.

**ORDER**

25-CV-10825 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Petitioner's letter motion, ECF No. 28 (the "Letter Motion"), seeking leave to file a supplemental memorandum. Respondents are directed to file a response to the Letter Motion by **December 4, 2026**.

**SO ORDERED.**

Dated: November 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge